# 1IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.             No. 4:14-cr-211-DPM-7

**STEPHEN CUFFMAN**             **DEFENDANT**

## ORDER

Cuffman moves to end his supervision early. № 1071. The United States has no objection. № 1079. Cuffman has completed a year of supervision with no violations; and he's excelling in his college studies. All material things considered, the interests of justice favor granting his motion. № 1071; 18 U.S.C. § 3583(e)(1). Cuffman's supervision is ended.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2017